IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ARLENE M. LEAS<br>Trustee for the Leas Family<br>Trust, 5441 Fair Oaks Blvd.,<br>Suite C-4, Carmichael, CA 95608<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: CIVIL NO  AMD 00 CV 1562<br>:<br>:<br>:<br>: |

oOo

### ORDER

Upon motion of the defendant for an enlargement of time and there being good cause therefore, it is this 2d day of June, 2000,

HEREBY ORDERED that the defendant have sixty (60) days from May 26, 2000 to July 25, 2000 within which to answer or otherwise respond to the Complaint filed in this case.

                                                    _____
                                                    United States District Judge

