UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL 12 A 10: 39

CLERK'S OFFICE
AT BALTIMORE

BY_____)_____DEPUTY

| | |
|---|---|
| ARLENE M. LEAS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. AMD CV 1562 |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF DISMISSAL

Plaintiff, Arlene M. Leas, Trustee for the Leas Family Trust, pursuant to Fed.
Rule Civ. Pro. 41(a)(1), hereby dismisses this action, defendant not having served an answer or
motion for summary judgment as of the date of the filing of this Notice Of Dismissal.

Respectfully submitted,

McDANIEL & MARSH

William Alden McDaniel, Jr.
Bar No. Bar No. 293746

APPROVED
*(signature)*
7/12/2000

LAW OFFICES OF
McDANIEL & MARSH

2 2000

Jo Bennett Marsh
Bar No. 423039

118 West Mulberry Street
Baltimore, Maryland 21201
(410) 685-3810

Lawyers for Plaintiff, Arlene M. Leas,
Trustee for The Leas Family Trust

LAW OFFICES OF
McDANIEL & MARSH

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this 11th day of July 2000, I directed that a true copy of the foregoing Notice Of Dismissal be mailed, first class postage prepaid, to Larry D. Adams, Assistant United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201-2692.

Jo Bennett Marsh

LAW OFFICES OF
McDANIEL & MARSH

3